USDC SCAN INDEX SHEET

















```
LLB    5/17/00    15:49
3:00-CV-00999   VARGAS V. DOES
*1*
*CMP.*
```

ALCANTARA FRAME & FORMBY
JAMES W. ALCANTARA (#152747)
Emerald Plaza Suite 1170
402 West Broadway
San Diego, CA 92101
Telephone: (619) 233-5900
Facsimile: (619) 233-5999

Attorneys for Plaintiff-in-Limitation
RICHARD VARGAS

00 MAY 16 AM 11:07

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Complaint of Richard Vargas as a Registered Owner of the 1990 Glastron 19, HIN - GLAT3699C090, her engines, tackle, apparel, etc., in a cause of Exoneration From or Limitation of Liability.

No. '00 CV 0999   L (LSP)

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

F.R.Civ.P. Supp. Rules for Certain Admiralty and Maritime Claims, Rule F ("Supp. Rule F")

TO THE HONORABLE JUDGES of this Court:

COMES NOW Plaintiff-in-Limitation, RICHARD VARGAS ("VARGAS") an individual, who files this Complaint in respect of the 1990 Glastron 19 (the "VESSEL"), HIN - GLAT3699C090, her engines, tackle, apparel, etc., in a cause of exoneration from or limitation of liability, civil and maritime, respectfully showing to the Court the following:

1. This is an admiralty and maritime action brought pursuant to 46 U.S.C. §§ 181 et. seq. and Federal Rules of Civil Procedure, Supplemental Rule F.

2. Jurisdiction is established with this Court in that the incident referred to herein occurred on a navigable waterway of the United States.

3. VARGAS is an individual, who at all times material hereto, was the registered owner of the VESSEL.

///

1

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

4. The VESSEL, was registered under the laws of the state of California, official number being HIN - GLAT3699C090. The VESSEL had an overall length 19 feet.

5. On or around August 28, 1999, the VESSEL was engaged in navigation on the navigable waters of the Colorado River, (the "RIVER"), in the state of Arizona. (the "VOYAGE"). The VESSEL was on a pleasure cruise. VARGAS was engaged in the sport of water-skiing while a Debbie Kennedy ("KENNEDY"), piloted the VESSEL There were an additional five passengers onboard.

6. During the VOYAGE, an incident (the "INCIDENT") occurred resulting in personal injuries and/or emotional injuries and/or death sustained by certain individuals.

7. On or around July 4, 1999, KENNEDY was navigating the VESSEL in a manner consistent with prudent seamanship and in compliance with all navigational rules.

8. At the time of the INCIDENT, the VESSEL was traveling northbound on the east side of the river and when a personal watercraft, ("PWC"), came into the path of the VESSEL.

9. On information and belief the operator of the PWC sustained injuries which resulted in his death.

10. At all material times, VARGAS used due diligence to make sure that the VESSEL was tight, staunch, strong and in all respects seaworthy and properly manned, equipped, supplied and fit for the service for which she was engaged.

11. Any alleged injuries sustained by anyone during the INCIDENT were the result of conditions or circumstances not within the privity or knowledge of VARGAS.

12. As a direct result of the INCIDENT, the VESSEL was damaged and has a value estimated to be $1,000.00. There was no freight pending.

13. Any person's injuries arising from the INCIDENT were not caused or contributed to by any fault or privity, negligence or want of care on the part of VARGAS; nor were the injuries caused or contributed by any design or neglect of VARGAS.

///

///

14. The estate of decedent has not filed a claim with VARGAS' insurance company.

15. A number of unspecified claims against VARGAS have been made by the passengers of the vessel.

16. Without conceding liability, and reserving the right to fully contest liability, VARGAS invokes and claims the application and protection of 46 U.S.C. §§ 181 et. seq., and Supplemental Rule F, and of all other statutes limiting a vessel owner's liability, and allege that his liability, if any, cannot exceed the sum $1,000.00 being the value of the VESSEL at the end of the VOYAGE. The value of the VESSEL is established by the Declaration of William W. Dials, which is attached hereto as Exhibit "A".

WHEREFORE, Plaintiff prays as follows:

1. That notice of this proceeding be given as provided by statute and Federal Rule of Civil Procedure, Supplemental Rule F;

2. That all persons having claims against Plaintiff-in-Limitation, Richard Vargas, by reason of the INCIDENT described above be notified and required to file their claims in this proceeding;

3. That this Court issue an injunction restraining commencement and prosecution of any and all claims, suits or legal actions other than the present proceeding, against Plaintiff-in-Limitation, Richard Vargas, their insurers, underwriters, vessels, or any other property owned or controlled by Plaintiff-in-Limitation, Richard Vargas, arising out of the INCIDENT described herein;

4. That this Court make and enter its decree exonerating Plaintiff-in-Limitation, Richard Vargas, from liability for the matters stated above or, if Plaintiff-in-Limitation, Richard Vargas, is found liable in any way, limiting such liability to not more than $1,000.00; and

///
///
///
///
///
///

5. That Plaintiff, Richard Vargas, be given such other and further relief as may be deemed just and proper by this honorable Court.

Respectfully submitted,

ALCANTARA FRAME & FORMBY

By: _____
James W. Alcantara, Esq.
Attorneys for Plaintiff-in-Limitation,
Richard Vargas

C:\AFF FILES\Allstate\Vargas\Plea\COMPLMT.LIA.frm

---

4

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Legal Tabs Co. 1-800-322-3022                                                                                                  Recycled    Stock # EXA-5-B

1 ALCANTARA FRAME & FORMBY
JAMES W. ALCANTARA (#152747)
2 Emerald Plaza Suite 1170
402 West Broadway
3 San Diego, CA 92101
Telephone: (619) 233-5900
4 Facsimile: (619) 233-5999

5 Attorneys for Plaintiff-in-Limitation
RICHARD VARGAS
6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

11 ) No
)
12 In the Matter of the Complaint of Richard Vargas as ) DECLARATION OF VALUE
a Registered Owner of the 1990 Glastron 19, HIN - )
13 GLAT3699C090, her engines, tackle, apparel, etc., in )
a cause of Exoneration From or Limitation of )
14 Liability. )
)
15 )

16

17 I, William W. Dials, DECLARE AS FOLLOWS

18     1.     I am an accredited marine surveyor and a member of the Society of Accredited

19 Marine Surveyors, accreditation number 603. I have personal knowledge of the following and if

20 called to testify, could and would testify competently thereto.

21     2.     I have inspected the 1990 Glastron 19, HIN - GLAT3699C090 following an accident

22 which took place on July 4, 1999. The purpose of my inspection, among other things, was to

23 evaluate the value of the vessel following that accident

24 ///

25 ///

26 ///

27 ///

28 ///

DECLARATION OF VALUE

3. Based on the current NADA Used Boat Price Guide and the condition of the vessel as it appeared to be normally used, the estimated fair market value of the vessel in an "as is, as inspected condition" has a value of $1,000.00.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the State of **AZ**. Executed this May **15** 2000 at **BULLHEAD CITY, AZ**

By William W. Dials, AMS

2

DECLARATION OF VALUE

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

ORIGINAL

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

In the Matter of the Complaint of Richard Vargas as a Registered Owner of the 1990 Glastron 19, HIN-GLAT3699C090, her engines, tackle, apparel, etc., in a cause of Exoneration From or Limitation of Liability.

## DEFENDANTS

00 MAY 16 AM 11:06

DOES 1-100

BY: _____ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __AZ__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

## (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

James W. Alcantara
ALCANTARA FRAME & FORMBY
402 West Broadway, Suite 1170
San Diego, CA 92101  619/233-5900

## ATTORNEYS (IF KNOWN)

UNK

'00 CV 0999 L (LSP)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

00:0000 LR

46 U.S.C. 180-189, FRCP, Supplemental Rule F
Exoneration From or Limitation of Liability

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / Habeas Corpus | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 535 Death Penalty | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 540 Mandamus & Other | | | |
| | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ _____

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions): NONE

JUDGE _____ DOCKET NUMBER _____

DATE 5/15/00

SIGNATURE OF ATTORNEY OF RECORD
James W. Alcantara, Esq.

UNITED STATES DISTRICT COURT

#60200  $150

The JS-44 Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3.3 and is used by the Clerk of Court for the purpose of initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

## AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

Has this action previously been filed and dismissed, remanded, or closed?

__X__ No          ____ Yes   Case No. _____

RELATED CASE(S), IF ANY: ___none_____

CIVIL CASES ARE DEEMED RELATED IF A PREVIOUSLY FILED CASE AND THE PRESENT CASE:

A. Appear to arise from the same or substantially identical transactions, happenings or events;

B. Involve the same or substantially the same parties or property;

C. Involve the same patent, trademark or copyright;

D. Call for determination of the same or substantially identical questions of law, or

E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

List the California County or State (if other than California) in which each named plaintiff resides. (Use an additional sheet if necessary)

>    Jurisdiction is established pursuant to 46 U.S.C. 180-198, Supplemental Rule F.

List the California County or State (if other than California) in which each named defendant resides. (Use an additional sheet if necessary)


List the California County or State (if other than California) in which each claim arose. (Use an additional sheet if necessary)


Key to Statistical Codes relating to Social Security Cases:

| NATURE OF SUIT CODE | ABBREVIATION | SUBSTANTIVE STATEMENT OF CAUSE OF ACTION |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 USC 1935FF.(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 USC 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 USC 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 USC 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 USC (g)) |

* 04/93